IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LENWOOD McQUEEN, | | No. 2:13-cv-2406-CMK-P |
| Petitioner, | | |
| vs. | | ORDER |
| RICK HILL, | | |
| Respondent. | | |
| _____ / | | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Pursuant to Eastern District of California Local Rules, this case was not assigned to a District Judge when the case was filed. The parties have not consented to Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is necessary to properly address the case.

Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to randomly assign a District Judge to this case and to update the docket to reflect the new case number.

DATED: June 6, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1